**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Gerardo LEDEZMA-ZUNIGA,**
**Defendant-Appellant**

**No. 15-41436**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed July 19, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Gerardo Ledezma-Zuniga, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gerardo Ledezma-Zuniga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Ledezma-Zuniga has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ledezma-Zuniga's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

368

motion for leave to withdraw is GRANT-ED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under